**Douglas HOSMER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61334.**

Missouri Court of Appeals,
Western District.

April 1, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 24, 2003.

Nancy A. McKerrow, Assistant Public
Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, John Munson Morris
and Evan J. Buchheim, Office of Attorney
General, Jefferson City, for Respondent.

Before RONALD R. HOLLIGER,
Presiding Judge, PAUL M. SPINDEN,
Judge, and JAMES M. SMART, JR.,
Judge.

**ORDER**

Douglas Hosmer appeals the circuit
court's judgment denying his motion to

vacate judgment and sentence pursuant to Rule 24.035. We affirm. Rule 84.16(b).